UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

**RAYMOND UTLEY & ELENITA UTLEY**,

BANKRUPTCY CASE NO.: 10-82300

Social Security Nos. xxx-xx-2459 & xxx-xx-6333
Mailing Address: 1608 Nixon Street, , Durham, NC 27707-
                                            DEBTORS

**RAYMOND UTLEY & ELENITA UTLEY**,
                              PLAINTIFFS,    A.P. NO.: 11-9042

**UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY,**
                                DEFENDANT

## ENTRY OF DEFAULT

It appears from the record that the following Defendant failed to plead or otherwise defend in this case as required by law.

> Name:
>
> **UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY**

Therefore, default is entered against the Defendant, as authorized by Bankruptcy Rule 7055.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**RAYMOND UTLEY & ELENITA UTLEY**,     Bankruptcy Case No.: 10-82300

Social Security Nos. xxx-xx-2459 & xxx-xx-6333
Mailing Address: 1608 Nixon Street,  , Durham, NC 27707-
                 Debtors.

**RAYMOND UTLEY & ELENITA UTLEY**,
                 Plaintiffs,    A.P. No.: 11-9042

**UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY,**
                 Defendant.

**SERVICE LIST FOR ENTRY OF DEFAULT**

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N C 27702

UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY
**Attn: Managing Agent**
Post Office Box 601860
Charlotte, NC 28260-1860

U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, N.C. 27401

UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY
**Attn: Managing Agent**
Post Office Box 20237
Greensboro, NC 27420-0327

RAYMOND & ELENITA UTLEY
1608 Nixon Street
Durham, NC 27707-

Law Offices of John T. Orcutt, P.C.
Attorney for Plaintiffs
6616-203 Six Forks Rd.
Raleigh, N.C. 27615