UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

**ELENITA UTLEY**,

BANKRUPTCY CASE NO.: 10-82300

Social Security Nos. xxx-xx-2459 & xxx-xx-6333
Mailing Address: 1608 Nixon Street, , Durham, NC 27707-

DEBTORS

**ELENITA UTLEY**,

PLAINTIFFS, A.P. NO.: 11-9042

**UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY,**

DEFENDANT

## ENTRY OF DEFAULT

It appears from the record that the following Defendant failed to plead or otherwise defend in this case as required by law.

> Name:
>
> **UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY**

Therefore, default is entered against the Defendant, as authorized by Bankruptcy Rule 7055.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**ELENITA UTLEY**,  Bankruptcy Case No.: 10-82300

Social Security Nos. xxx-xx-2459 & xxx-xx-6333
Mailing Address: 1608 Nixon Street,  , Durham, NC 27707-
                                Debtors.

**ELENITA UTLEY**,
                        Plaintiffs,  A.P. No.: 11-9042

**UNITED GUARANTY RESIDENTIAL
INSURANCE  COMPANY,**
                                Defendant.

## SERVICE LIST FOR  ENTRY OF DEFAULT

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>Post Office Box 3613<br>Durham, N C 27702 | UNITED GUARANTY RESIDENTIAL<br>INSURANCE  COMPANY<br>**Attn: Managing Agent**<br>Post Office Box 601860<br>Charlotte, NC 28260-1860 |
| U.S. Bankruptcy Administrator<br> Post Office Box 1828<br>Greensboro, N.C. 27401 | UNITED GUARANTY RESIDENTIAL<br>INSURANCE  COMPANY<br>**Attn: Managing Agent**<br>Post Office Box 20237<br>Greensboro, NC 27420-0327 |

RAYMOND & ELENITA UTLEY
1608 Nixon Street
Durham, NC 27707-

Law Offices of John T. Orcutt, P.C.
Attorney for Plaintiffs
6616-203 Six Forks Rd.
Raleigh, N.C.  27615